Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA, INC., et al.,<br><br>Defendant | Case No. 2:24-cv-03391-DDP-PVC<br>*Hon. Dean D. Pregerson Presiding*<br><br>**STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT**<br><br>([Proposed] Order Filed Concurrently) |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Elizabeth Waterman, and Defendant Spotify USA, Inc. (together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in this case on April 24, 2024 (Dkt. 1);

WHEREAS, Defendant filed its Answer to the Complaint on July 15, 2024 (Dkt. 16);

WHEREAS, this Court set the deadline to amend the pleadings by November 22, 2024 (Dkt. 22);

WHEREAS, after the initiation of this case, Plaintiff discovered additional claims of alleged infringement against Defendant that Plaintiff then diligently disclosed to Defendant;

WHEREAS, Plaintiff requested, and Defendant agreed, that the Parties stipulate to the filing of a first amended complaint asserting those additional claims because, among other things, it is more efficient for the parties and the Court to adjudicate those claims as part of this case than to initiate new litigation that would require nearly identical (if not duplicate) discovery to address similar legal and factual issues between the same parties;

WHEREAS, Plaintiff sent her proposed First Amended Complaint ("FAC"), attached hereto and redlined against Plaintiff's initial Complaint, to Defendant, and the Parties agree to its filing;

WHEREAS, Plaintiff's proposed FAC asserts 2 photographs, one more than the single photograph asserted in Plaintiff's initial Complaint;

WHEREAS, the Parties agree that there is good cause to allow Plaintiff to file her FAC, and that doing so is in the interest of efficiency and judicial economy and causes no undue prejudice to Defendant;

THEREFORE, the Parties stipulate that Plaintiff shall be permitted to file

her FAC within seven days from the date of this Court's Order approving this stipulation, and the Parties further stipulate that Defendant reserves all rights and defenses and may file an amended Answer within 21 days of the filing of Plaintiff's FAC.

SO STIPULATED.

Respectfully submitted,

Dated: November 13, 2024    By:    /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: November 13, 2024    By:    */s/ Jenna L. Harris*
David H. Boren, Esq.
Jenna L. Harris, Esq. *(Pro Hac Vice to Be Filed)*
RITHOLZ LEVY FIELDS LLP
*Attorneys for Defendant*

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.