Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>Plaintiff,<br>v.<br><br>SPOTIFY USA, INC., et al.,<br><br>Defendant | Case No: 2:24-cv-03391-DDP(PVCx)<br>*Hon. Dean D. Pregerson Presiding*<br><br>**STIPULATION TO EXTEND ADR CUTOFF DATE**<br><br>**Current Deadline: January 31, 2025**<br>**Proposed Deadline: March 3, 2025**<br><br>**Other Deadlines:**<br>Discovery Cutoff: 05/02/25<br>Initial Expert Disclosure: 01/21/25<br>Rebuttal Expert Disclosure: 02/21/25<br>Expert Discovery Cutoff: 04/25/25<br>Motion Filing Cutoff: 06/20/25<br>Pretrial Conference: 08/18/25<br>Trial: 09/09/25<br><br>[(*Proposed*) *Order Filed Concurrently Herewith*] |

0249454

1

1  WHEREAS, the Court entered a Scheduling and Case Management Order in this case on September 24, 2024;

3  WHEREAS the Scheduling and Case Management Order directed the parties to complete the ADR proceeding no later than January 31, 2025 and file a joint report on the results by February 7, 2025;

6  WHEREAS, a mediation was set for this matter for January 7, 2025 but on December 31, 2024, Plaintiff Elizabeth Waterman ("Plaintiff") unilaterally decided she would not attend such mediation (see Dkt 32);

9  WHEREAS, since that date, Plaintiff and Defendant Spotify USA, Inc. ("Defendant" and together with Plaintiff, "Parties") have been diligent in pursuing this case and scheduling mediation;

12  WHEREAS, the Parties were assigned Hon. Frederick F. Mumm as their mediator on January 27, 2025 (Dkt. 32);

14  WHEREAS, the Parties are unable to adequately prepare and attend mediation within the next two days due to commitments in other cases and scheduling conflicts;

16  WHEREAS, the Parties have confirmed their and Judge Mumm's availability and will hold the mediation on either February 12 or 13, 2025;

18  WHEREAS, the Parties have conferred and respectfully seek to extend the ADR deadline to accommodate the Parties' scheduling needs;

20  WHEREAS, the Parties believe that a thirty-day extension of the current ADR deadline will allow the Parties to efficiently apply resources to a resolution of this case instead of further increasing litigation fees;

23  WHEREAS, the Parties agree and stipulate, subject to the approval of the Court, to a thirty-day extension of the current ADR cut-off date from January 31, 2025, to March 3, 2025.

26  WHEREAS, the Parties have not made a single other request for continuance of the same deadline;

0249454

WHEREAS, the requested continuance is not made with the intent to delay proceedings and will not affect the trial date or any other deadline on the Scheduling and Case Management Order;

WHEREAS, the requested continuance will not impact the current discovery deadline;

**SO STIPULATED**

Dated:  January 29, 2025     By:     /s/ *Kelsey M. Schultz*
Stephen M. Doniger, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

Dated:  January 29, 2025     By:     /s/ *David H. Boren*
David H. Boren, Esq.
Jenna L. Harris, Esq. (Pro Hac Vice pending)
RITHOLZ LEVY FIELDS LLP
Attorneys for Defendant

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

0249454